Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOEL HERNANDEZ**,<br><br>           Plaintiff,<br><br>     vs.<br><br>**INVISIPON, INC.**<br>*doing business as*<br>Sale-Fish.com,<br><br>           Defendant. | Case No.: 5:24-cv-06355-PCP<br><br><br>Hon. P. Casey Pitts<br><br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Joel Hernandez, individually, and Defendant Invisipon, Inc, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice of all Defendants, including but not limited to Tropicana Market and Invisipon Inc. in the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

Dated: 6/6/2025

                                         Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

/s/ Scott L. Metzger
**SCOTT L. METZGER, ESQ.**
California Bar No.: 89718
Duckor Metzger & Wynne
A Professional Law Corporation
101 West Broadway, Suite 1700
San Diego, CA  92101
Phone: (619) 209-3000

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 6/6/2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Gerald D. Lane, Jr.
    GERALD D. LANE, JR., ESQ.
    California Bar No.: 352470